

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2021

No. 04-21-00075-CR

Aaron Isaac **BENAVIDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. NM582054
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 5, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2021.

_____
Michael A. Cruz, Clerk of Court